HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT T KELLY, | CASE NO. C13-5029 RBL |
| Plaintiff, | ORDER IN RESPONSE TO SHOW CAUSE ORDER |
| v. | [Dkt. #11] |
| CHASE HOME FINANCE LLC, | |
| Defendant. | |

THIS MATTER is before the Court on its own Motion following an Order to Show Cause [Dkt. #11]. Plaintiff's Counsel, Mr. Penfield, has responded to the OSC [Dkt. #12]

It is apparent that Mr. Penfield's life and practice have been in disarray in the past several months. While the Court is not unsympathetic, it is also clear that he has an obligation to his clients and to opposing counsel and the Court.

It would not serve justice to dismiss the pending case as sanction for the failures outlined in the OSC, and the Court will not do so at this time.

Nor will the Court preclude Mr. Penfield from appearing in this Court or this District, based in part on the assurance that he is working diligently to preclude such failings in the future.

1    However, whatever the reason, Counsel's failure to comply with the Rules has
2 unnecessarily increased the cost of litigation.  The Court will therefore ORDER that Mr. Penfield
3 pay to Defense counsel a sanction of $250.00 within thirty days of this Order.  He shall also
4 participate in filing a new Joint Status Report, which shall be filed within that same 30 days.
5 The failure to comply with this Order or the Rules of Federal Procedure may warrant additional
6 sanctions in the future.
7 IT IS SO ORDERED.
8    Dated this 23rd day of May, 2013.

    _____
    RONALD B. LEIGHTON
    UNITED STATES DISTRICT JUDGE