UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT T. and ELIZABETH J. KELLY, husband and wife and the marital community composed thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE LLC (a subsidiary of Chase Home Finance Inc.), a Delaware corporation; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation,<br><br>Defendants. | NO. 3:13-CV-05029-RBL<br><br>DEFENDANTS' SECOND STATUS REPORT |

Defendants JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance, LLC ("Chase"), and Mortgage Electronic Registration Systems, Inc. ("MERS"), submit this Second Status Report under Federal Rule of Civil Procedures 26(f). Despite the Court's May 23, 2013, Order in Response to Show Cause Order (Dkt #13), requiring Plaintiffs' counsel to pay Defense counsel a sanction of $250 within thirty days of that order, Plaintiffs' counsel did not do so. Additionally, and despite that same order's

DEFENDANTS' SECOND STATUS REPORT - 1
3:13-cv-05029-RBL

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354

direction to Plaintiffs' counsel to participate in filing a new joint status report during that same time period, he has failed to do so.

In correspondence with Plaintiffs' counsel following the Court's May 23, 2013, order, Plaintiffs' counsel again agreed to prepare a stipulation to dismiss MERS, but said that it was "under a very large stack of other items." That was the last correspondence received from Plaintiffs' counsel. This is not unusual for Plaintiffs' counsel who had a similar case dismissed recently by Judge Coughenour in Case No. C13-0664-JCC, wherein the Court cited to multiple other matters in the Western District of Washington handled similarly by Plaintiffs' counsel.

Under the circumstances Defendants respectfully request that the Court dismiss this matter with prejudice and award Defendants a reasonable sum in attorneys fees for having to respond to this frivolous action.

**DATED** this 26th day of June, 2013.

/s/ Adam G. Hughes
Adam G. Hughes, WSBA #34438
BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 Olive Way, Suite 1201
Seattle, WA 98101
Phone: (206) 622-5306, Ext. 5905
Email: ahughes@bwmlegal.com
*Attorneys for Defendants JPMorgan Chase Bank, National Association and Mortgage Electronic Registration Systems, Inc.*

DEFENDANTS' SECOND STATUS REPORT - 2
3:13-cv-05029-RBL

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354

# CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to the following CM/ECF participants:

| | |
|---|---|
| Robert J. Penfield | [ ] By First Class Mail |
| Penfield Legal Services, PLLC | [ ] By ABC Legal Messenger |
| 11661 SE First Street, Suite 200 | [ ] By Email |
| Bellevue, WA 98005 | [ ] By Facsimile |
| Robert@penfieldlegal.com | [X] By CM/ECF Electronic Delivery |
| *Attorneys for Plaintiffs* | |

DATED this 26th day of June, 2013, at Seattle, Washington.

/s/Kay Spading
Kay Spading, Legal Assistant
BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 Olive Way, Suite 1201
Seattle, WA  98101

DEFENDANTS' SECOND STATUS REPORT - 3
3:13-cv-05029-RBL

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354